UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 10646
   ARLIS H BELL

                                   CHAPTER 13

                                   JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7645

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 04/29/2008 and was confirmed 09/17/2008.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  5.00%.

   The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | SECURED NOT I | .00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SVCS | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SVCS | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 6244.00 | .00 | .00 |
| ACL INC | UNSECURED | NOT FILED | .00 | .00 |
| ACL LABORATORIES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 4469.00 | .00 | .00 |
| DANITA A STINSON | UNSECURED | NOT FILED | .00 | .00 |
| DANITA A STINSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS INDIANA EM I ME | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS/INDIANA EM 1 ME | NOTICE ONLY | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 220.27 | .00 | .00 |
| SPRINT | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10197.28 | .00 | .00 |
| WASHINGTON MUTUAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT PCS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ALICIAN PORTER BELL | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11380.64 | .00 | .00 |
| ALLISON PORTER BELL | DSO ARREARS | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | NOTICE ONLY | NOT FILED | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 300.03 | .00 | .00 |
| JEFF A WHITEHEAD | REIMBURSEMENT | 52.20 | .00 | 52.20 |
| JEFF A WHITEHEAD | DEBTOR ATTY | 3,500.00 | | 1,896.60 |
| TOM VAUGHN | TRUSTEE | | | 151.20 |
| DEBTOR REFUND | REFUND | | | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 10646 ARLIS H BELL

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
|              | RECEIPTS  | DISBURSEMENTS |
| ------------ | --------- | ------------- |
--------------------------------------------------------------------------------
| TRUSTEE      | 2,100.00  |               |
|              |           |               |
| PRIORITY     |           | 52.20         |
| SECURED      |           | .00           |
| UNSECURED    |           | .00           |
| ADMINISTRATIVE |         | 1,896.60      |
| TRUSTEE COMPENSATION |   | 151.20        |
| DEBTOR REFUND |          | .00           |
|              | --------------- | --------------- |
| TOTALS       | 2,100.00  | 2,100.00      |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn

    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE